# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 16-08792 |
| L&R DEVELOPMENT & INVESTMENT CORP | CHAPTER 11 |
| Debtor(s) | FILED & ENTERED ON 02/07/2019 |

## JUDGMENT

Upon the Opinion & Order entered by the Honorable Brian K. Tester on 02/11/2019 [Dkt. No. 234], granting Movants' Motion to Dismiss [Dkt. No. 215], it is now ADJUDGED AND DECREED that judgment be and is hereby entered dismissing the instant legal case. The Clerk shall close all related adversary proceedings forthwith pursuant to PR LBR 7041-1.

SO ORDERED.

In San Juan, Puerto Rico, this 11th day of February, 2019.

Brian K. Tester
U.S. Bankruptcy Judge

-1-